IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB

                         Plaintiff,

               v.

North Star Trust Company, an Illinois Corporation, as Successor Trustee to Mid America Bank, a Federal Savings Bank, Successor in interest to Mid Town Bank and Trust Company of Chicago, as Trustee under Trust Agreement dated June 30, 1994 and known as Trust Number 1929; Victor M. Colindres; Matilde A. Colindres,

                         Defendants.

Case No. 12 cv 01307

Assigned Judge: Elaine E. Bucklo

Magistrate Judge: Martin C. Ashman

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

North Star Trust Company, an Illinois Corporation, as Successor Trustee to Mid America Bank, a Federal Savings Bank, Successor in interest to Mid Town Bank and Trust Company of Chicago, as Trustee under Trust Agreement dated June 30, 1994 and known as Trust Number 1929; Victor M. Colindres and Matilde A. Colindres, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

PNC Bank, National Association, successor to National City Bank, successor in interest to MidAmerica Bank, fsb

By: __/s/ Shannon C. McKinley__
    One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Shannon C. McKinley (ARDC#6298914)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
smckinley@crowleylamb.com